**2014–0347. Byrd v. Frush.**
Licking App. No. 13–CA–10, 2013-Ohio-3682. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*April 21, 2014*

[Cite as *04/21/2014 Case Announcements*, 2014-Ohio-1673.]

## MOTION AND PROCEDURAL RULINGS

**2014–0391. Glazer v. Chase Home Fin., L.L.C.**
Cuyahoga App. Nos. 99736 and 99875, 2013-Ohio-5589. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motions for admission pro hac vice of Nicolette Glazer and Danielle J. Gould, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

# CASE ANNOUNCEMENTS

*April 22, 2014*

[Cite as *04/22/2014 Case Announcements*, 2014-Ohio-1701.]

## MOTION AND PROCEDURAL RULINGS

**2013–0579. In re D.M.**
Hamilton App. No. C–120794, 2013-Ohio-668. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion to file the exhibits to the motion for stay under seal, it is ordered by the court that the motion is granted.

**2014–0524. State v. Marrero.**
Lorain App. No. 12CA010282, 2014-Ohio-553. This cause is pending before the court as a jurisdictional appeal.

Review of appellant's memorandum in support of jurisdiction reveals that it fails to comply with S.Ct.Prac.R. 7.03(B), which requires that a memorandum "shall not exceed fifteen numbered pages, exclusive of the certificate of service." Therefore, it is ordered by the court, sua sponte, that the memorandum in support of jurisdiction is stricken and appellant shall file an amended memorandum in support of jurisdiction within 15 days. Failure to timely file an amended memorandum in support of jurisdiction will result in dismissal of the appeal for want of prosecution.

It is further ordered by the court that appellee's memorandum in response is due within 30 days of the filing of appellant's amended memorandum in support of jurisdiction.